Argued April 26, affirmed May 30, 1978

KINGSLEY, *Petitioner,*

*v.*

GLENN MATTESON COMPANY, *Respondent.*

(No. WCB 76-6393, CA 9323)

579 P2d 326

Robert E. Nelson, Portland, argued the cause for petitioner. With him on the brief was Richardson, Murphy & Nelson, Portland.

Ridgway K. Foley, Jr., Portland, argued the cause for respondent. With him on the brief were Souther, Spaulding, Kinsey, Williamson & Schwabe, Ancer L. Haggerty and Robert E. Joseph, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).